Willie Andre BROWN, Petitioner—
Appellant,

v.

Eddie L. PEARSON, Warden, Sussex
II State Prison, Respondent—
Appellee.

No. 03–7637.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 29, 2005.

Willie Andre Brown, Appellant pro se.

Before WIDENER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Willie Andre Brown seeks to appeal the
district court's order dismissing his peti-
tion as untimely filed under 28 U.S.C.
§ 2254 (2000). The order is not appeal-
able unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2000).
A prisoner satisfies this standard by dem-
onstrating that reasonable jurists would
find that his constitutional claims are de-
batable and that any dispositive procedural
rulings by the district court are also debat-
able or wrong. See Miller–El v. Cockrell,
537 U.S. 322, 336, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003); Slack v. McDaniel,
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); Rose v. Lee, 252 F.3d
676, 683 (4th Cir.2001). We have indepen-
dently reviewed the record and conclude
that Brown has not made the requisite
showing. Accordingly, we deny a certifi-
cate of appealability and dismiss the ap-
peal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED*